No. D–2395. IN RE DISCIPLINE OF HALL. Rupert Arvel Hall, Jr., of Moorestown, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2396. IN RE DISCIPLINE OF RUSSO. Matthew M. Russo, of Long Beach, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2397. IN RE DISCIPLINE OF MCCOLLOUGH. Terry Len McCollough, of Orlando, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2398. IN RE DISCIPLINE OF OLDS. Warner Smith Olds, of Fort Lauderdale, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2399. IN RE DISCIPLINE OF NEUMAN. Reid Scott Neuman, of Northbrook, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2400. IN RE DISCIPLINE OF KARTEN. Alan I. Karten, of Miami, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.